IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ORBAIN OWENS | ) |
| | ) |
| v. | ) NO. 3:03-0893 |
| | ) JUDGE CAMPBELL |
| GEORGE KEELING, et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 34), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendants' Motion to Dismiss (Docket No. 28) is GRANTED, and all claims against Defendants Keeling, Sarago, Traughber and the Tennessee Board of Probation and Parole are DISMISSED. Defendants Weston, Szostecki and Leegon are DISMISSED pursuant to Fed. R. Civ. P. 4(m) for failure to be served. Plaintiff's Motion for Summary Judgment (Docket No. 32) is DENIED. This action is DISMISSED.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE